UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04CR10179RGS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL NO. |
| v. | ) | |
| | ) | VIOLATIONS: |
| | ) | 18 U.S.C. § 922(a)(3) |
| DEXTER BROWN, | ) | (Transporting Firearms) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

COUNT ONE: (18 U.S.C. §922(a)(3)--Transporting Firearms)

The Grand Jury charges that:

Between on or about July 15, 2002 and on or about August 22, 2002, at Boston and elsewhere, in the District of Massachusetts,

DEXTER BROWN

defendant herein, not being a licensed importer, manufacturer, dealer, or collector, did willfully transport into the Commonwealth of Massachusetts, where he then resided, three firearms, namely, a Bryco Arms, Model J25, .25 caliber pistol, bearing serial number 1256191, a Bryco Arms, Model J25, .25 caliber pistol, bearing serial number 1256225, and a Bersa, Model Thunder 380, .380 caliber pistol, bearing serial number 481906, said firearms having been purchased or otherwise obtained by the defendant outside the Commonwealth of Massachusetts.

All in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

COUNT TWO: (18 U.S.C. §922(a)(3)--Transporting Firearms)

The Grand Jury charges that:

Between on or about August 12, 2002 and on or about January 13, 2003, at Lynn and elsewhere, in the District of Massachusetts,

DEXTER BROWN

defendant herein, not being a licensed importer, manufacturer, dealer, or collector, did willfully transport into the Commonwealth of Massachusetts, where he then resided, two firearms, namely, a Bryco Arms, Model 38, .380 caliber pistol, bearing serial number 1521592, and a Bryco Arms, Model 38, .380 caliber pistol, bearing serial number 1323126, said firearms having been purchased or otherwise obtained by the defendant outside the Commonwealth of Massachusetts.

All in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY


*[signature: Antoinette E. Leoney]*
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                June 16, 2004

Returned into the District Court by the Grand Jurors and filed.

*[signature: D B Roland]*
Deputy Clerk

1:28P