AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

## APPEARANCE

Case Number: 04-10179-RSG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Dexter Brown

I certify that I am admitted to practice in this court.

6/24/04
Date

Signature: Willie J. Davis

Print Name: Willie J. Davis      Bar Number: 116460

Address: One Faneuil Hall Marketplace

City: Boston    State: MA    Zip Code: 02109

Phone Number: (617) 723-7339    Fax Number: (617) 723-7731