UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
        v.                  )   Criminal No. 04-10179-RGS
                            )
DEXTER BROWN                )
```

### JOINT STATUS MEMORANDUM

Pursuant to Local Rule 116.5(A), the parties hereby submit this Joint Status Memorandum to advise the Court of the following:

1. Disclosure of automatic discovery has not yet occurred.[1] With the assent of undersigned counsel, the government has agreed to provide the defendant with automatic discovery on or before August 11, 2004.

2. An Initial Status Conference was set by the Court for August 5, 2004, however, due to undersigned defense counsel's unavailability on that date,[2] said conference had to be rescheduled.

3. Because disclosure of automatic discovery has not yet occurred, the parties do not believe that an Initial Status Conference is necessary at this time, and request that said conference be rescheduled for sometime in early September.

4. The parties also request that the period between July 8, 2004 (date of arraignment) and the date of the next scheduled Status Conference be excluded under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN            DEXTER BROWN,
United States Attorney         Defendant

---

[1] The date for disclosure of Government's Automatic Discovery was August 5, 2004.

[2] Counsel for the defendant was before the Suffolk Superior Court handling a suppression hearing in an unrelated matter that went longer than expected.

```
By:  /s/Antoinette E.M. Leoney      /s/Willie J. Davis/AEL
     ANTOINETTE E.M. LEONEY         Willie J. Davis, Esq.
     Assistant U.S. Attorney        Davis, Robinson & White, LLP
     1 Courthouse Way, Suite 9200   One Faneuil Hall Marketplace
     Boston, MA 02210               South Market Building, 3rd Fl.
     (617) 748-3103                 Boston, MA 02109
                                    (617) 723-7339
```

Dated: August 6, 2004