```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10179-RGS |
| v.                       ) | |
| ) | VIOLATIONS: |
| ) | 18 U.S.C. § 922(a)(3) |
| DEXTER BROWN,            ) | (Transporting Firearms) |
| ) | |
| Defendant.           ) | |
| ) | |

### SUPERSEDING INDICTMENT

COUNT ONE: (18 U.S.C. §922(a)(3)--Transporting Firearms)

The Grand Jury charges that:

Between on or about July 15, 2002 and on or about August 22, 2002, at Boston and elsewhere, in the District of Massachusetts,

                        DEXTER BROWN

defendant herein, not being a licensed importer, manufacturer, dealer, or collector, did willfully transport into the Commonwealth of Massachusetts, where he then resided, three firearms, namely, a Bryco Arms, Model J25, .25 caliber pistol, bearing serial number 1256191, a Bryco Arms, Model J25, .25 caliber pistol, bearing serial number 1256225, and a Bersa, Model Thunder 380, .380 caliber pistol, bearing serial number 481906, said firearms having been purchased or otherwise obtained by the defendant outside the Commonwealth of Massachusetts.

All in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

<u>COUNT TWO</u>: (18 U.S.C. §922(a)(3)--Transporting Firearms)

The Grand Jury charges that:

Between on or about August 12, 2002 and on or about January 13, 2003, at Lynn and elsewhere, in the District of Massachusetts,

DEXTER BROWN

defendant herein, not being a licensed importer, manufacturer, dealer, or collector, did willfully transport into the Commonwealth of Massachusetts, where he then resided, two firearms, namely, a Bryco Arms, Model 38, .380 caliber pistol, bearing serial number 1521592, and a Bryco Arms, Model 38, .380 caliber pistol, bearing serial number 1323126, said firearms having been purchased or otherwise obtained by the defendant outside the Commonwealth of Massachusetts.

All in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D).

## SUPPLEMENTAL FACTUAL ALLEGATIONS

The grand jury further charges that:

1. The defendant, DEXTER BROWN, transferred to another individual at least one firearm identified in Counts One and Two with knowledge, intent, and reason to believe that it would be used or possessed in connection with another felony offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    August 11, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk  8/11/04

≥JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____  Category No. __II__  Investigating Agency __ATF__

City __Boston__                 Related Case Information:

County __Suffolk__              Superseding Ind./ Inf. ___X___  Case No. __04-10179-RGS__
                                Same Defendant ___X___  New Defendant _____
                                Magistrate Judge Case Number __04-1749-CBS__
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __DEXTER BROWN__                              Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __65 Timson Street, Apt. #1, Lynn, MA 01902__

Birth date (Year only): __1968__  SSN (last 4 #): __6442__  Sex __M__  Race: __B__  Nationality: __U.S.A.__

Defense Counsel if known: __Willie J. Davis, Esq.__   Address: __1 Faneuil Hall Marketplace, 3rd Fl., South Market Bldg, Boston 02109__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Antoinette E.M. Leoney__                Bar Number if applicable __545567__

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect:  __N/A__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☒ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: __June 3, 2004__

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __Charles B. Swartwood III__ on __June 4, 2004__

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __August 11, 2004__        Signature of AUSA: *[signature]*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    **DEXTER BROWN**

|  | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(a)(3) | Transporting Firearms | 1, 2 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

crim.cov2.JS45.wpd - 1/15/04 (USAO-MA)