# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 04-10179-RGS
DEXTER BROWN,                  )
        Defendant,             )
                               )
_____)
```

### INITIAL STATUS REPORT
### August 30, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Stearns, J. to whom this case is assigned:

1.  <u>Discovery</u>

Counsel for the parties have requested additional time for discovery. I have granted that request. Additionally, a Superseding Indictment has been returned and Mr. Brown will be arraigned on that Indictment on September 7, 2004, at 3:30 p.m.

2.  <u>Further Status Conference</u>

A further status conference in this case shall be held on the same date that Mr. Brown will be arraigned on a Superseding Indictment which is September 7, 2004, at 3:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse,

595 Main Street, Worcester, Massachusetts 01608.

   3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 8, 2004 (date of expiration of prior order of excludable time) through September 7, 2004 (date by which the parties will have completed discovery). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 16, 2004</u>.

                            <u>/s/Charles B. Swartwood, III</u>
                            CHARLES B. SWARTWOOD, III
                            MAGISTRATE JUDGE