# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEXTER BROWN, )<br>      Defendant, )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10179-RGS** |

### ORDER OF EXCLUDABLE TIME
### August 30, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 8, 2004 (date of expiration of prior order of excludable time) through September 7, 2004 (date by which the parties will have completed discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE