UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )     CRIMINAL ACTION
                              )     NO. 04-10179-RGS
DEXTER BROWN,                 )
        Defendant,            )
                              )
_____)
```

STATUS REPORT
September 8, 2004

**SWARTWOOD, M.J.**

    The following is a Status Report to Stearns, J. to whom this case is assigned:

    1.    Request For Extended Continuance

    Counsel for the Government and Mr. Brown have requested that pretrial matters in this case be continued for an extended period of time to accommodate a medical leave anticipated by the Assistant U.S. Attorney. Counsel for Mr. Brown has requested that this case not be transferred to another Assistant U.S. Attorney because he has spent a great deal of time with the Assistant U.S. Attorney presently assigned to this case in resolving discovery matters and discussing resolution of the case. Mr. Brown has been released on conditions and therefore, since Mr. Brown has agreed that the

entire period of this continuance will be excluded from the Speedy Trial Act, I have granted the parties' request.

   2.   <u>Pretrial Motion Schedule</u>

All pretrial motions relating to discovery shall be filed by <u>December 16, 2004</u> and the Government shall file its response to such motions by <u>January 10, 2005</u>.

   3.   <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>January 14, 2005, at 2:00 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

   3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 7, 2004 (date of expiration of prior order of excludable time) through January 10, 2005 (date by which the Government is to file its response to Defendant's pretrial motions).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, March 21, 2005</u>.

                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE