# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>DEXTER BROWN,         )<br>     Defendant,    )<br>) | **CRIMINAL ACTION**<br>**NO. 04-10179-RGS** |

### ORDER OF EXCLUDABLE TIME
### September 8, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 7, 2004 (date of expiration of prior order of excludable time) through January 10, 2005 (date by which the Government is to file its response to Defendant's pretrial motions) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE