UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 04-10179-RSG

DEXTER BROWN

## MOTION FOR LEAVE TO DEPART JURISDICTION

Now comes the defendant in the above matter and moves that he be granted leave to depart the jurisdiction between October 19 and 25, 2004, to accompany his father, Moses Brown, to Daytona Beach, Florida.

If permitted, the defendant and his father will reside at the Marriott Hotel.

By his attorney,

WILLIE J. DAVIS
BBO#: 116460
Davis, Robinson & White
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 723-7339

## CERTIFICATE OF SERVICE

I hereby certify that notice of the filing of the within motion was served upon the Government this 4th day of October, 2004 by mailing a copy thereof to Assistant United States Attorney, Antoinette Leoney, United States Courthouse, One Courthouse Way, Boston, MA 02109; and to Pretrial services by mailing a copy thereof to Thomas O'Brien at the same address.

WILLIE J. DAVIS