*filed in open court 1/14/05*

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 04-10179-RGS

DEXTER BROWN

## MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant in the above matter and moves that the conditions of his release be amended so as to remove the curfew restriction. As reason therefor the defendant says that the restriction has deprived him of the opportunity to participate in numerous family events.

By his attorney,

*[signature]*

WILLIE J. DAVIS
BBO#: 116460
Davis, Robinson & White
One Faneuil Hall Marketplace
Boston, MA 02109
(617) 723-7339

*1/14/05 allowed [signature] MJ*