UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
          v.                       )     CRIMINAL ACTION
                                   )     NO. 04-10179-RGS
DEXTER BROWN,                      )
          Defendant,               )
_____)
```

STATUS REPORT
January 18, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Stearns, J. to whom this case is assigned:

1. Plea Negotiations

Counsel for the parties have requested additional time to complete plea negotiations. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on January 28, 2005, at 2:00 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from January 10, 2005, (date of expiration of prior order of excludable time) through January 28, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, April 8, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
