# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL ACTION** |
| ) | **NO. 04-10179-RGS** |
| DEXTER BROWN, ) | |
| Defendant, ) | |

### ORDER OF EXCLUDABLE TIME
### January 18, 2005

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 10, 2005 (date of expiration of prior order of excludable time) through January 28, 2005 (date by which plea negotiations should be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE