# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
        v.                    )    CRIMINAL ACTION
                              )    NO. 04-10179-RGS
DEXTER BROWN,                 )
        Defendant,            )
                              )
_____)
```

## FINAL STATUS REPORT
## January 31, 2005

**SWARTWOOD, M.J.**

The following is a Final Status Report to Stearns, J. to whom this case is assigned:

1. <u>Rule 11 Hearing</u>

Counsel for Mr. Brown has requested that this case be returned to Judge Stearns for a Rule 11 hearing.  I have granted that request.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through January 28, 2005. Therefore, assuming no

further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, April 8, 2005</u>.

          <u>/s/Charles B. Swartwood, III</u>
          CHARLES B. SWARTWOOD, III
          MAGISTRATE JUDGE