UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.        CRIMINAL NO. 04-10179-RGS

DEXTER BROWN

# NOTICE OF HEARING

**STEARNS, DJ.**        **FEBRUARY 4, 2005**

A CHANGE OF PLEA HEARING IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>FRIDAY, FEBRUARY 18, 2005 AT 11:00 A.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

        RICHARD G. STEARNS
        UNITED STATES DISTRICT JUDGE

BY:
        /s/ Mary H. Johnson
        Deputy Clerk

TO: AUSA Antoinette Leoney; Willie Davis, Esq.