UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10179-RGS |
| v. ) | |
| ) | |
| DEXTER BROWN ) | |

### NOTICE OF DISMISSAL OF INDICTMENT

Pursuant to Fed.R.Crim.P. 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, hereby dismisses the Indictment against Dexter Brown, which charges the defendant with Two Counts of Transporting Firearms. The defendant has plead guilty to a Two-Count Superseding Indictment (See Criminal No. 04-10179-RGS) and has been sentenced on same. The government states that the dismissal is in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *(signature)*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Date:   June 8, 2005

Leave to File Granted:

*(signature)*
RICHARD G. STEARNS
United States District Judge

Date:  6-8-05.

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                          Boston, Massachusetts
                                                                      June 8, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have served by hand this day a copy of the foregoing to counsel for the defendant, Willie Davis, Esq., Davis, Robinson & White, Attorneys at Law, One Faneuil Hall Market Place, South market Building, Third Floor, Boston, MA 02109.

*[signature]*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney